WALTER H. DEPKER, Respondent, v. DOROTHY DWYER, Appellant.— In an action to compel specific performance of a contract claimed to have been made by defendant to sell to plaintiff a parcel of real property, order denying defendant's motion to dismiss the complaint for insufficiency or for judgment on the pleadings, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

ELI D. DE PUY, Respondent, v. BENJAMIN MILLER et al., Appellants, et al., Defendants.— Defendants Benjamin Miller and 97 Associates, Inc., appeal from an order denying their motion to place the cause upon the Trial Term calendar for trial by jury. Pursuant to stipulation of the parties that the counterclaim for a declaratory judgment contained in the amended answer of defendants Benjamin Miller and 97 Associates, Inc., against the plaintiff and defendants Harrison Hotel Corporation and Margaret Residences, Inc., and the defenses to said counterclaim, whether by denials or affirmative defenses, interposed by plaintiff and defendants Harrison Hotel Corporation and Margaret Residences, Inc., be withdrawn; that defendants Harrison Hotel Corporation and Margaret Residences, Inc., withdraw as parties hereto; and that the withdrawal of counterclaims, defenses and parties aforesaid shall be deemed to be on the merits, the order is reversed, without costs, the motion granted, and the cause is ordered to be placed on the Trial Term calendar of the Supreme Court, Kings County, for the April, 1948, Term. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

MICHAEL DEUTSCH, Respondent, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Appeal by defendant from a judgment in favor of plaintiff, in an action to recover on an accident policy for the loss of his right leg. Judgment unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

DAVID GROSS, Respondent, v. IDA GROSS, Appellant. (Action No. 1.) IDA GROSS, Appellant, v. DAVID GROSS, Respondent. (Action No. 2.) — Action No. 1, by plaintiff husband, seeking an absolute divorce, was consolidated and tried with Action No. 2, wherein his wife sued for separation. Interlocutory judgment awarding plaintiff in Action No. 1 a judgment dissolving the marriage of the parties, and dismissing the complaint of plaintiff in Action No. 2, unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

In the Matter of MITCHELL R. BIENEN, Respondent, against A MOTION TERM OF THE COUNTY COURT, NASSAU COUNTY, et al., Defendants, and ALBERTA L. SALAZAR, et al., Appellants.— In a proceeding under article 78 of the Civil Practice Act, an order of prohibition was made restraining the Acting County Judge of Nassau County, the supervisors of the town of Hempstead, and appellants (taxpayers) from making or causing an order to be entered on a determination made by said County Judge granting the application of appellants to direct the supervisors to reopen the hearing had in the matter of the incorporation of the Village of Atlantic Beach. Order unanimously affirmed, without costs and without prejudice to the prosecution of the appeals theretofore taken to the County Court from the decision of the supervisors that the proposition, consent and papers filed therewith comply with the provisions of the Village Law. The determination of the County Court was made in the exercise of its original jurisdiction. In the exercise of that jurisdiction the County Court did not have the power to direct that the supervisors reopen the hearing. We pass upon no other question. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.